R#149650
Check# 115
$ 313.23

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 JAN 12 PM 1:10
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

In Re:

Ty W. Hutkay,
Lisa A. Hutkay,

  Debtor(s).

Case No. 08-10103

Judge Morgenstern-Clarren

Chapter 7 Case

## TRANSMITTAL OF UNCLAIMED FUNDS

The attached check no. 115 in the amount of $313.23 represents unclaimed funds in this estate and are paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the party entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| ALLTEL COMMUNICATIONS<br>1 ALLIED DR B5F3<br>LITTLE ROCK, AR 72202 | 5 | $297.42 | $313.23 |

Dated: January 4, 2010

/s/ Lauren A. Helbling
Lauren A. Helbling (0038934), Trustee
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com